■ In the Matter of TEAMSTER LOCAL UNION No. 182, on Behalf of ABDUL VOHID, et al., Respondents, v UPPER MOHAWK VALLEY REGIONAL WATER BOARD, Appellant. (Appeal No. 2.) [689 NYS2d 882] —Order unanimously affirmed with costs. Same Memorandum as in *Matter of Teamster Local Union No. 182 v Upper Mohawk Val. Regional Water Bd.* ([appeal No. 1] 259 AD2d 1009 [decided herewith]). (Appeal from Order of Supreme Court, Oneida County, Grow, J.—Renewal.) Present—Denman, P. J., Green, Pine, Lawton and Hurlbutt, JJ.

■ In the Matter of TEAMSTER LOCAL UNION No. 182, on Behalf of ABDUL VOHID, et al., Respondents, v UPPER MOHAWK VALLEY REGIONAL WATER BOARD, Appellant. (Appeal No. 3.) [689 NYS2d 882] —Appeal unanimously dismissed without costs. Same Memorandum as in *Matter of Teamster Local Union No. 182 v Upper Mohawk Val. Regional Water Bd.* ([appeal No. 1] 259 AD2d 1009 [decided herewith]). (Appeal from Order of Supreme Court, Oneida County, Grow, J.—Settle Record.) Present—Denman, P. J., Green, Pine, Lawton and Hurlbutt, JJ.